name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Sept. 7, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUBERT ALLEN, Appellant. [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Peradotto and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHARYE JARVIS, Appellant. [951 NYS2d 421]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, in failing to argue ineffective assistance of trial counsel. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of March 11, 1994 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before December 28, 2012. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE IVY, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN B. BROWN, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN B. BROWN, Appellant. (Appeal No. 2.) [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SHAW, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DOUYON, Appellant. [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH G. JONES, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Carni, Lindley and Sconiers, JJ.